# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | |
|---|---|
| Ralph Nickel<br>4016 Greenwood Drive<br>Wonder Lake, IL 60097<br><br>    Plaintiff,<br><br>v.<br><br>Client Services, Inc<br>c/o CT Corporation Service, Registered Agent<br>208 S LaSalle St, Suite 814<br>Chicago, IL 60604<br><br>    Defendant. | Case No.:<br><br>Judge:<br><br>**COMPLAINT FOR DAMAGES UNDER THE FAIR DEBT COLLECTION PRACTICES ACT AND OTHER EQUITABLE RELIEF**<br><br>**JURY DEMAND ENDORSED HEREIN** |

## JURISDICTION AND VENUE

1. Jurisdiction is founded on 28 U.S.C. §1331 pursuant to the Fair Debt Collection Practices Act (FDCPA), 15 U.S.C. §1692. Venue is proper because a substantial part of the events giving rise to this claim occurred in this judicial district.

## FACTS COMMON TO ALL COUNTS

2. Plaintiff is a "consumer" as defined by 15 U.S.C. §1692a(3).

3. Plaintiff incurred a "debt" as defined by 15 U.S.C. §1692a(5).

4. At the time of the communications referenced herein, Defendant either owned the debt or was retained by the owner to collect the debt.

5. Defendant is a "debt collector" as defined by the FDCPA, 15 U.S.C. §1692a(6).

6. Plaintiff filed this claim within the timeframe permitted under the FDCPA.

7. On or around July 3, 2009, Defendant's employee ("Ganey") telephoned Plaintiff's neighbor ("DeStrooper") in order to collect the debt.

1

8. During this communication, Ganey falsely represented that Ganey could not get in contact with Plaintiff and was worried that Plaintiff might be in trouble.

9. During this communication, Ganey provided DeStrooper with his name and telephone number and asked DeStrooper to have Plaintiff return his call.

10. At the time of this communication, Defendant already had Plaintiff's location information.

11. Defendant damaged Plaintiff emotionally and mentally and caused Plaintiff substantial anxiety and stress.

12. Defendant violated the FDCPA.

## COUNT ONE

### Violation of the Fair Debt Collection Practices Act

13. Plaintiff incorporates each of the preceding allegations as if specifically stated herein.

14. Defendant violated 15 U.S.C. §1692c in that it communicated with a third party and failed to comply with 15 U.S.C. §1692b.

## COUNT TWO

### Violation of the Fair Debt Collection Practices Act

15. Plaintiff incorporates each of the preceding allegations as if specifically stated herein.

16. The Defendant violated 15 U.S.C. §1692e by making misrepresentations during communications in furtherance of debt collection.

## COUNT THREE

### Violation of the Fair Debt Collection Practices Act

17. Plaintiff incorporates each of the preceding allegations as if specifically stated herein.

18. The Defendant violated 15 U.S.C. §1692f in that its actions were unfair and/or unconscionable means to collect the debt.

## **JURY DEMAND**

19. Plaintiff demands a trial by jury.

## **PRAYER FOR RELIEF**

20. Plaintiff prays for the following relief:

    a. Judgment against Defendant for actual damages, statutory damages, and costs and reasonable attorney's fees pursuant to 15 U.S.C. §1692k.

    b. For such other legal and/or equitable relief as the Court deems appropriate.

    RESPECTFULLY SUBMITTED,

    Legal Helpers, P.C.

    By: s/Timothy J. Sostrin
        Timothy J. Sostrin
        Bar ID # 6290807
        233 S. Wacker
        Sears Tower, Suite 5150
        Chicago, IL 60606
        Telephone: 866-339-1156
        Email: tjs@legalhelpers.com
        Attorneys for Plaintiff